UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO SOLORIO TORRES, | ) | 1:04-CV-05804 OWW SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DIRECTING RESPONDENT TO |
| v. | ) | SUBMIT STATE COURT DOCUMENTS |
| | ) | |
| A. A. LAMARQUE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 7, 2004, Petitioner filed a petition for writ of habeas corpus. On August 27, 2004, the Court ordered Respondent to respond to the petition. In addition, Respondent was ordered to provide any and all transcripts or other documents necessary to render a decision in this matter in accordance with Rule 5 of the Rules Governing Section 2254 cases. See Order, pg. 2.

On February 28, 2005, Respondent filed an answer to the petition for writ of habeas corpus. In his answer, Respondent references the state court record as "lodged documents." However, the Court can find no such lodged documents in the Court's repository of records, and the docket does not reflect the Court received these documents.

1  Accordingly, Respondent is DIRECTED to submit a copy of the trial transcripts in this matter
2  within thirty (30) days of the date of service of this order.
3  IT IS SO ORDERED.
4  **Dated:     June 25, 2007**                                    /s/ **Sandra M. Snyder**
                                                                 UNITED STATES MAGISTRATE JUDGE