IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SOLORIO TORRES,<br><br>    Petitioner,<br><br>    vs.<br><br>ANTHONY LAMARQUE,<br><br>    Respondent.<br>_____/ | 1:04-cv-05804 OWW SMS (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #22)<br><br>(30) THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 5, 2007, petitioner filed a motion to extend time to file Objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file Objections to Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   November 30, 2007**          **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE